# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-219
Lower Tribunal No. F76-2337

————————————

**Allen Dale Owens,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Allen Dale Owens, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.